DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WAYNE DEBLAKER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2099

[March 18, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case Nos. 94-10523CF10A, 94-11290CF10A and 94-13222CF10B.

Wayne Deblaker, Raiford, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***